THE STATE OF OHIO, APPELLEE AND CROSS-APPELLANT,
*v.* HAWKINS, APPELLANT AND CROSS-APPELLEE.

**[Cite as *State v. Hawkins,* 104 Ohio St.3d 582, 2004-Ohio-7124.]**

(No. 2004–1299—Submitted December 14, 2004—Decided December 30, 2004.)

{¶ 1} The discretionary appeal is accepted on Proposition of Law No. II.

{¶ 2} The cross-appeal is not accepted.

{¶ 3} The judgment of the court of appeals is reversed and the cause is remanded for application of *State v. Leach,* 102 Ohio St.3d 135, 2004-Ohio-2147, 807 N.E.2d 335.

MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON and O'DONNELL, JJ., concur.

F.E. SWEENEY and O'CONNOR, JJ., dissent.

William D. Mason, Cuyahoga County Prosecuting Attorney, Lisa Reitz Williamson and Brian Mooney, Assistant Prosecuting Attorneys, for appellee and cross-appellant.

Robert L. Tobik, Cuyahoga County Public Defender, and John T. Martin, Assistant Public Defender, for appellant and cross-appellee.